Case 5:21-cv-00174-C   Document 1   Filed 08/20/21   Page 1 of 11   PageID 1

PETITION FOR WRIT OF HABEAS CORPUS: 28 USC §2241 (Rev. 10/10)
ADOPTED BY THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS

CLERK U.S. DISTRICT COURT
NORTHERN DIST. OF TX
LUBBOCK DIVISION

2021 AUG 20  PM 2:39

DEPUTY CLERK _____

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

PETITION FOR WRIT OF HABEAS CORPUS
UNDER 28 U.S.C. § 2241

| | |
|---|---|
| Santo De La Cruz | Giles W. Dalby C.I. |
| PETITIONER | CURRENT PLACE OF CONFINEMENT |
| (Full name of Petitioner) | |
| vs. | 30350-069 |
| | PRISONER ID NUMBER |
| | 5-21 CV 0174-C |
| MARTIN FRIEND | |
| RESPONDENT | CASE NUMBER |
| (Name of TDCJ Director, Warden, Jailor, or authorized person having custody of Petitioner) | (Supplied by the District Court Clerk) |

INSTRUCTIONS - READ CAREFULLY

1. The petition must be legibly handwritten or typewritten, and signed and dated by the Petitioner, under penalty of perjury. Any false statement of an important fact may lead to prosecution for perjury. Answer all questions in the proper space on the form.

2. Additional pages are not allowed except that ONE separate additional page is permitted in answering question 10.

3. Receipt of the $5.00 filing fee or a grant of permission to proceed *in forma pauperis* must occur before the court will consider your petition.

4. If you do not have the necessary filing fee, you may ask permission to proceed *in forma pauperis*. To proceed *in forma pauperis*, (1) you must sign the declaration provided with this petition to show

that you cannot prepay the fees and costs, and (2) if you are confined in TDCJ-CID, you must send in a certified *In Forma Pauperis* Data Sheet form from the institution in which you are confined. If you are in an institution other than TDCJ-CID, you must send in a certificate completed by an authorized officer at your institution certifying the amount of money you have on deposit at that institution. If you have access or have had access to enough funds to pay the filing fee, then you must pay the filing fee.

5. Only one sentence, conviction, disciplinary proceeding, or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petition(s).

6. Mail the completed petition and one copy to the U. S. District Clerk. The "Venue List" in your unit law library lists all of the federal courts in Texas, their divisions, and the addresses for the clerk's offices.

7. It is your responsibility to immediately notify the court in writing of any change of address. Failure to notify the court of your change of address could result in the dismissal of your case.

## PETITION

**PLEASE COMPLETE THE FOLLOWING:** (check the appropriate number)

This petition concerns:
1. _____ pretrial detention;
2. _____ a conviction;
3. _____ a sentence;
4. _____ jail or prison conditions;
5. _____ a prison disciplinary proceeding;
6. _____ parole or mandatory supervision;
7. __X__ time credits;
8. __X__ other (specify): Statutory rights under the First Step Act of 2018

**Have you pursued to completion all relevant state and/or prison administrative remedies relevant to your complaint(s) before filing this petition.** ☒ Yes  ☐ No  **If yes, what was the date of the result and the result of any such proceeding. If no, explain why you have not pursued all such remedies.** The issue involves one of statutory construction as such exhaustion is not necessary. See e.g., Goodman v Ortiz, 2020 U.S. Dist,. LEXIS 153874, 2020 WL 5015613, at *3 (D.N.J. 2020)("exhaustion is not required with regard to claims which turn only on statutory construction").

2

1. Place of detention: Giles W. Dalby Correctional Institution, 805 North Avenue F, Post, Texas 79356-9304

2. State the offense with which you have been charged and whether you have been convicted of the charged offense(s) or whether you are still awaiting trial: 46 U.S.C. §§ 70503(A) & (B); 21 U.S.C. § 960(B)(1)(B)(II) -- Convicted

3. Name and location of court in which your case is pending or in which you were convicted: United States District Court, Middle District of Florida.

4. The criminal docket or case number and the offense(s) for which you have been charged or convicted: 8:17-CR-201-T-27AEP

5. If you have been convicted of the charged offense(s), the date upon which sentence was imposed and the length of the sentence: September 13, 2017, 120 months and 5 years Supervised Release

6. Check whether a finding of guilty was made:

    a. after a plea of guilty             X

    b. after a plea of not guilty         ___

    c. after a plea of nolo contendere    ___

7. If you were found guilty, check whether that finding was made by:

    a. a jury                             N/A

    b. a judge without a jury             N/A

8. Did you appeal from the judgment of conviction or the imposition of sentence?

    ☐ Yes     ☒ No

3

9. If you did appeal, give the following information for each appeal:

   a. (1) Name of court and docket or case number:
   __Not Applicable__

   (2) Result and date of result: __N/A__

   (3) Grounds raised (list each):

   (a) __Not Applicable__

   (b) __N/A__

   (c) __N/A__

   (d) __N/A__

   b. (1) Name of court and docket or case number:
   __Not Applicable__

   (2) Result and date of result: __N/A__

   (3) Grounds raised (list each):

   (a) __Not Applicable__

   (b) __N/A__

   (c) __N/A__

(d) _____Not Applicable_____

10. State concisely every ground on which you claim that you are held unlawfully. Summarize briefly the facts supporting each ground. If necessary, attach a single page only behind page 6.

    **CAUTION: If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date. You must state facts, not conclusions, in support of your grounds. Do not argue or cite law. Just state the specific facts that support your claim. Legal arguments and citation to cases or law should be presented in a separate memorandum.**

a. GROUND ONE:
   Illegal Execution of Petitioner's Sentence -- Failure to award time credits for participation in productive activities(work) and other programs as identified by Case Manager per PS 5400.01.

   Supporting facts: Pursuant to 18 U.S.C. § 3632(d)(4) I am eligible for time credits which should be applied toward time in prerelease custody or supervised release. Despite my eligibility for time credits for participation in productive activities my custodian has taken the position that because I am a deportable alien I do not qualify, this despite the fact I am not subject to a final order of deportation. See Exhibit A

b. GROUND TWO:
   Violation of Petitioner's due process rights under the Fifth Amendment

   Supporting facts: Congress legislates with a full understanding of existing law. Under the First Step Act Congress established a statutory right to participate in rehabilitative programs irregardless of whether one is a citizen or non-citizen(providing not subject to a final deportation order) implicating Petitioner's liberty interest. By failing to apply time credits earn or schedule

5

Petitioner for a immigration hearing, Petitioner's custodian is preventing Petitioner from obtain the full benefits of a Congressionally approved rehabilitative program implicating a protected liberty interest.

c. **GROUND THREE:**

Supporting facts:

d. **GROUND FOUR:**

Supporting facts:

11. Relief sought in this petition: (1) Direct Respondent to calculate and award time credits earned; and (2) Immigration Hearing as directed by the First Step Act.

12. Have you filed a previous application or petition for habeas corpus or any other application, petition or motion with respect to the grounds raised in this petition?

    ☐ Yes    ☒ No

13. If your answer to Question No. 12 is yes, give the following information as to each previous application, petition, or motion:

    a. (1) Name of court and docket or case number: N/A

    (2) Result and date of result: N/A

    (3) Grounds raised (list each): N/A

    (a) _____

    (b) N/A

    (c) N/A

    (d) N/A

    b. (1) Name of court and docket or case number: N/A

    (2) Result and date of result: N/A

    (3) Grounds raised (list each):

    (a) N/A

7

(b) _____N/A_____

(c) _____"_____

(d) _____"_____

14. If applicable, state whether you have filed a motion under 28 U.S.C. § 2255, and if you filed such a motion and it was denied, state why your remedy by way of such motion is inadequate or ineffective to test the legality of your detention.
    <u>Have not previously filed a Section 2255</u>

15. Are you presently represented by counsel?   ☐ Yes   ☒ No
    If so, name, address and telephone number of attorney: _____

16. If you are seeking leave to proceed *in forma pauperis*, have you completed an application setting forth required information?   ☐ Yes   ☒ No

Wherefore, Petitioner prays that the Court grant him the relief to which he may be entitled.

_____
Signature of Attorney (if any)

_____

_____

_____

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for a Writ of Habeas Corpus was placed in the prison mailing system on _August, 18, 2021_ (month, day, year).

Executed (signed) on _____ (date).

*Santo de la Cruz*
Signature of Petitioner (required)

Petitioner's current address:

Giles W. Dalby C.I.

805 North Avenue F

Post, Texas 79356

9

# GILES W. DALBY CORRECTIONAL FACILITY
## INMATE REQUEST FORM

Exhibit A

To: Case Manager

Return to:

Inmate Name: Santo De La Cruz

Date: 8/10/21

Number: 20350-069

Housing: D01-024L

Request: Pursuant to the First Step Act of 2018 and PS 5400.01 I am eligible for 15 days a month for engaging in productive activities as I am not ineligible to receive time credits. As such I am requesting that my sentence be computed to allow credits earn in light of the First Step Act. The failure to credit my sentence will constitute an unlawful execution of my sentence and a violation of my statutory rights. Thanks kindly for your immediate attention.

Staff Response: According to Public Law 115-391 of Dec. 21, 2018 (First Step Act) §3632 (E) Deportable Prisoners Ineligible to apply that credits. (i) In general - A prisoner is ineligible to apply the credits under subparagraph (C) if the prisoner is the subject of a final order of removal under any provision of the immigration laws of the United States (as definity Act (8 USC 1101 (a)(17)) because a deportable alien under an ICE detainer you do not qualify.

Ailano
Staff Signature

08/12/2021
Date

INMATE AFTER STAFF RESPONSE



Santo De La Cruz, # 30350-069
Giles W. Dalby Correctional Facility
805 North Avenue F
Post, Texas 79356-9304

Clerk, U.S. District Court
Northern District of Texas
1205 Texas Avenue, Room 209
Lubbock, Texas 79401

RECEIVED AUG 20 2021